UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY EUGENE ROZIER,<br><br>     Plaintiff,<br><br> v.<br><br>PIERCE COUNTY, et al.,<br><br>     Defendant. | CASE NO. 3:23-cv-05724-BJR-BAT<br><br>**ORDER GRANTING MOTION (DKT. 4) FOR EXTENSION TO RESPOND TO CURE DEFICIENT IFP AND RENOTING RR (DKT. 3)** |

On September 12, 2023, the Court recommended the case be dismissed because Plaintiff failed to respond to the Clerk's request that he correct his deficient application to proceed *in forma pauperis* (IFP) no later than September 11, 2023. Dkt. 3.

On September 20, 2023, Plaintiff filed a motion requesting the Court grant him until November 11, 2023, to cure his deficient IFP application. Dkt. 4. Although the motion is untimely, the Court GRANTS the motion (Dkt. 4) and ORDERS:

1. Plaintiff must submit a corrected IFP application no later than **Friday November 10, 2023**.

2. The clerk shall renote the Report and Recommendation filed on September 12, 2023, for November 10, 2023. If Plaintiff has not properly submitted a corrected IFP application by November 10, 2023, the Report recommends the case be dismissed without prejudice.

ORDER GRANTING MOTION (DKT. 4) FOR
EXTENSION TO RESPOND TO CURE
DEFICIENT IFP AND RENOTING RR (DKT.
3) - 1

3. Plaintiff is advised that requests for continuances or extensions must be filed **before** a deadline, not after the deadline has passed. In the future, the Court may strike all untimely motions.

4. The Clerk shall send a copy of this Order to Plaintiff.

DATED this 21st day of September, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge