UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY EUGENE ROZIER,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, et al.,<br><br>Defendants. | C23-5724 TSZ SKV |
| DA'MENIQUE LAJUAN BEASLEY,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY COUNCIL, et al.,<br><br>Defendants. | C23-5777 TSZ SKV<br><br>ORDER |

Having reviewed the Reports and Recommendations of the Honorable S. Kate Vaughan, United States Magistrate Judge, in these matters, the Court does hereby find and ORDER:

(1) The Reports and Recommendations, docket no. 12 in C23-5724 and docket no. 18 in Case No. C23-5777, are REJECTED;

(2) The Report and Recommendation in Case No. C23-5724 proposes to dismiss the claims of plaintiff Timothy Rozier for failure to prosecute because the service copy of an order staying this action was returned as undeliverable; the service

ORDER - 1

copy was addressed to Rozier at the Pierce County Jail, but Rozier is in the custody of the Washington Department of Corrections; the Court therefore DECLINES to dismiss Case No. C23-5724;

(3) The Report and Recommendation in Case No. C23-5777 proposes to dismiss the claims of plaintiff Da'menique Beasley for failure to prosecute because the service copy of a minute order striking certain motions was returned as undeliverable; the service copy of the Report and Recommendation was also returned as undeliverable; five days after the Report and Recommendation issued, Beasley provided updated contact information, and despite not receiving the service copy of the Report and Recommendation, Beasley has filed an objection; the Court cannot conclude that Beasley has failed to prosecute and DECLINES to dismiss Case No. C23-5777;

(4) Case Nos. C23-5724 and C23-5777 shall remain stayed pursuant to the Orders entered on November 19, 2024, docket no. 10 in C23-5724 and docket no. 12 in C23-5777;

(5) The Clerk is DIRECTED to update Timothy Rozier's contact information (DOC No. 829578, Washington State Penitentiary) and to send a copy of this Order and the Order staying the action, docket no. 10 in C23-5724, to Rozier via the Prisoner E-Filing Initiative, *see* General Order 06-16;

(6) The Clerk is further DIRECTED to send a copy of this Order, the Order staying Case No. C23-5777, and the Minute Order striking certain motions, docket nos. 12 and 16, to Da'menique Beasley via U.S. mail;

ORDER - 2

IT IS SO ORDERED.

Dated this 17th day of April, 2025.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 3